RECEIVED
IN CLERK'S OFFICE
DEC 0 5 2013

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0644 1:09CR00015 |
|---|---|---|
| TRANSFER OF JURISDICTION | U. S. DISTRICT COURT MID. DIST. TENN. | DOCKET NUMBER *(Rec. Court)* 3:13-cr-00269 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jonathan Embree<br><br>Clarksville, TN 37042 | Western District Of Kentucky | Bowling Green |
| | NAME OF SENTENCING JUDGE | |
| | Joseph H. McKinley Jr., Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/2/2013 — TO 10/1/2016 |

**OFFENSE**

Ct. 1: Conspiracy to Possess With Intent to Distribute Cocaine [21 USC 846 & 841(b)(1)(C)]; Ct. 2: Possession with Intent to Distribute Cocaine [21 USC 841(a)(1) & 841(b)(1)(C)]; Ct. 4: Possession With Intent to Distribute Marijuana [21 USC 841(a)(1) & 841(b)(1)(D)]; and Ct. 5: Possession of a Firearm During and In Relation to a Drug Trafficking Crime [18 USC 924(c)(1)]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Middle District of Tennessee    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 20, 2013
*Date*

Joseph H. McKinley, Jr., Chief Judge
*United States District Court*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-9-13
*Effective Date*

*United States District Judge*